UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:06-CR-00817(3)-AML |
| | § | |
| (3) NINFA SILVA LEAL | § | |

**ORDER REVOKING SUPERVISED RELEASE**
**AND RE-SENTENCING DEFENDANT**

On **March 30, 2010**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **March 29, 2010**.  The defendant, **(3) NINFA SILVA LEAL**, appeared with his attorney **Javier Riojas**, and the government appeared by Assistant United States Attorney, **Robert Brady**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Amended Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an uncontested final revocation hearing on March 30, 2010, that the defendant has violated the terms of  supervised release as alleged in the said amended petition.  Thus, the Government's amended petition to revoke will be and is hereby **GRANTED**.

 Thus, the Government's  oral motion to dismiss the original petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **April 17, 2007**, as set out in the judgment entered on **April 19, 2007**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(3) NINFA SILVA LEAL** be committed to the custody of the U.S. Bureau of Prisons for a term of **EIGHTEEN (18) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from January 21, 2010, forward.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **FIVE (5) YEARS**. While on supervised release, the defendant shall not commit another federal, state, or local crime; shall comply with the Standard and Special Conditions of Supervised Release previously imposed and the following;

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

SIGNED on this 6th day of April, 2010.

_____
ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal